BROOKLYN BUS CORPORATION, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

MARIE AMMERMULLER, Respondent, v. HERBERT M. AMMERMULLER, Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [157 Misc. 75.]

In the Matter of the Application of THOMAS McMEEKAN, Appellant, against DEPARTMENT OF HEALTH and the BOARD OF HEALTH OF THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK and Others, Respondents.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [157 Misc. 620.]

In the Matter of the Application of SCHARLIN MOTOR CORPORATION, Respondent, against HARRIS H. MURDOCK and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

TITLE GUARANTEE AND TRUST COMPANY, as Trustee under Trust Created by Deed from JAMES JENNINGS McCOMB and MARY ESTHER McCOMB, His Wife, Dated June 16th, 1892, Respondent, v. THE NEW YORK DEACONESS ASSOCIATION OF THE METHODIST EPISCOPAL CHURCH, Appellant, Impleaded with Others.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK JONES, JR., Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

INTERNATIONAL RADIATOR CORP., Respondent, v. JOHN G. KELLY and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

NASTIA POLIAKOVA, Appellant, v. COMPAGNIE GENERALE TRANSATLANTIQUE, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BARNEY NAMEROW and EDWARD HIMMELSTEIN, Appellants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

CHARLES G. MAHER, Appellant, v. STEEPLECHASE AMUSEMENT COMPANY, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

SAMUEL STRUMWASSER, Appellant, v. GEORGE C. BLAKESLEE, Respondent, Impleaded with Another.— So much of the order as denies plaintiff's motion to strike out paragraph second of the answer of the defendant George C. Blakeslee, unanimously reversed, without costs, and the motion to such extent granted. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.